# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| LeRoy K. Wheeler, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Robyn T. Schmalenberger, | ) | Case No. 1:11-cv-079 |
| Patrick Branson, and Leann K. | ) | |
| Bertsch, | ) | |
| | ) | |
| Defendants. | ) | |

The final pretrial conference and trial in the above-entitled action are scheduled for April 30 and May 14, 2013, respectively. However, given Wheeler's pending appeals, his requests for additional time, and defendants' pending Motion Summary Judgment, there is no practical way for the final pretrial conference and trial can proceed as scheduled. Accordingly, the final pretrial conference and trial are cancelled. They shall be rescheduled as necessary once the court has had an opportunity to address the pending appeals, requests, and motions.

**IT IS SO ORDERED.**

Dated this 17th day of April, 2013.

                */s/ Charles S. Miller, Jr.*
                Charles S. Miller, Jr., Magistrate Judge
                United States District Court